# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Orin Hinds,

        Plaintiff,               Case No.: 1:16-cv-02230-LMM-JKL

v.

Sunrise Credit Services, Inc.,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Comes now the Plaintiff Orin Hinds, through counsel, and gives notice pursuant to F.R.C.P. 41(a)(1)(A)(i), that Defendant Sunrise Credit Services, Inc., is voluntarily dismissed, without prejudice, from this action.

Respectfully submitted this the 11th day of July, 2016.

*/s/ Matthew T. Berry*
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
Fax (404) 235-3333
matt@mattberry.com
*Plaintiff's Attorney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorney(s) of record:

Benjamin Carroccio
Sunrise Family of Companies
Vice President/General Counsel
260 Airport Plaza Blvd
Farmingdale, NY  11735
Ph. (800) 208-8565
bcarroccio@sunrisecreditservices.com
*Attorney for Sunrise Credit Services, Inc.*

*/s/ Matthew T. Berry*
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
Fax (404) 235-3333
matt@mattberry.com
*Plaintiff's Attorney*